### No. 9660.
### Orleans Appeal.

### JOSEPH S. CRAWFORD, Appellant, v. LOUIS V. SIERRA.

(March 16, 1925, Opinion and Decree.)

*(Syllabus by the Court.)*

1. **Louisiana Digest—Appeal—Par. 625.**
The opinion of the trial judge on matters of fact will not be disturbed unless clearly erroneous. In making a deduction of ten per cent on the cost of new tires for damaged ones which were eight months old and had run 6200 miles, the trial judge acted correctly.

(Civil Code, Art. 2315. Editor's note.)

Appeal from Second City Court of New Orleans, Hon. George P. Platt, Judge.

This is a suit for damages arising out of an automobile collision.

There was judgment for plaintiff for $189.90 and plaintiff has appealed.

Judgment affirmed.

R. C. Davey, A. T. Higgins, attorneys for plaintiff and appellant.

W. Frank LeCourt, attorney for defendant and appellee.

CLAIBORNE, J. Plaintiff alleges that the defendant negligently collided with his automobile causing a damage of $202.50, according to an itemized bill annexed, and necessitating the painting of his auto, which will cost $75.00.

The defendant admitted that he was responsible for the accident, but averred that he could have had the repairs made for $110.85, which he tendered to the plaintiff, who refused to take it.

There was judgment for plaintiff for $189.90 and plaintiff has appealed.

The two items in contention are two casings, $62.40, and repainting the car, $75. The judgment cannot be reduced in amount as the defendant has not appealed.

The car was eight months old and had run 6,200 miles. The judge made a reduction of ten per cent. in the cost of the new casings for old. He also reduced the charge of $50 for towing, storing and labor and reduced the painting.

The judge gave written reasons for judgment, which meet with our approval.